UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-261-DMG (MRWx)** | Date | April 29, 2019 |
|---|---|---|---|

| Title | *S W Textile, Inc. v. Sears, Roebuck and Co., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On March 25, 2019, the Court set a Scheduling Conference.  [Doc. # 33.]  As required by the Court's March 25, 2019 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report.  To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **May 6, 2019**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

The scheduling conference on May 10, 2019 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.